Scott Pham
Data Reporter, BuzzFeed News
111 East 18th Street, Newsroom
New York, NY 10003
Phone: 971-533-4860
Fax: 646-214-7152
scott.pham@buzzfeed.com

Jul 25, 2019

FDA Division of Freedom of Information, Office of the Executive Secretariat, OC

5630 Fishers Lane, Room 1035

Rockville, MD 20857

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

RECORDS SOUGHT

I request disclosure from the Food and Drug Administration (FDA) the following records:

- All records associated with the FDA's inquiry into the misuse and abuse of gabapentinoids
- All records associated with the FDA's inquiry into the possible misuse and abuse of generic pregabalin
- All talking points and draft talking points composed for Commissioner Scott Gottlieb's February 15, 2018 remarks at the [Public Workshop on Strategies for Promoting Use and Appropriate Prescribing of Prescription Opioids](#)

The timeframe for this request is January 1, 2017 through the date the search for responsive records is conducted.

BACKGROUND

In a speech on February 15, 2018, Commissioner Gottlieb said that the FDA was concerned that the misuse and abuse of gabapentinoids "may result in serious adverse events such as respiratory depression and death" (https://www.fda.gov/news-events/speeches-fda-officials/remarks-public-workshop-strategies-promoting-safe-use-and-appropriate-prescribing-prescription).

In the speech, the Commissioner went on to say that the FDA had "preliminary findings" on the abuse of gabapentinoids and that the agency was monitoring social media. He also said that he

Exhibit A

"tasked our surveillance and epidemiology group inside FDA" to investigate use patterns of the gabapentinoids. He said that the agency will "have more to say about our work on this challenge soon." The records I seek pertain to these specific efforts.

REASONABLY FORESEEABLE HARM

The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—
(i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The FDA and its components should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

EXPEDITED PROCESSING

This request seeks expedited processing as there is both an urgency to inform the public and it relates to a matter of life and death. The potential danger of gabapentinoids have been the subject of widespread news reports and academic research.

The drug is often prescribed for off-label uses that have nothing to do with the uses approved by the FDA. One study released in June of this year suggested that this common nerve pain drug was linked to suicidal behavior and overdose (https://www.reuters.com/article/us-health-lyrica-side-effects/common-nerve-pain-drug-linked-to-suicidal-behavior-overdose-idUSKCN1TI2Q7). An increase in the availability of the drug could cause an increase in overdose and suicidal behavior in the U.S.

On July 19 the FDA approved multiple applications to produce generic Lyrica/pregabalin, a potent gabapentinoid (https://www.fda.gov/news-events/press-announcements/fda-approves-first-generics-lyrica?utm_campaign=072219_PR_FDA%20approves%20first%20generics%20of%20Lyrica&utm_medium=email&utm_source=Eloqua) This will dramatically reduce the price and increase the availability of pregabalin, and thus its risks. Consumers, particularly those with substance abuse problems, are at risk and need to be informed about what the FDA knows or does not know about the dangers of this product. They need to know now, especially as pregabalin enters generic use.

INSTRUCTIONS REGARDING SEARCH

1. Request for Public Records:

Please search for any records even if they are already publicly available.

2. Request for Electronic and Paper/Manual Searches:

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. Request regarding Photographs and other Visual Materials:

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. Request for Duplicate Pages:

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. Request to Search Emails:

Please search for emails relating to the subject matter of my request.

6. Request for Search of Records Transferred to Other Agencies:

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) over email, compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am a journalist at BuzzFeed News. The requested records will inform my reporting, and I intend to use these records to inform the general public. Accordingly, I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes per 5 U.S.C. § 552(a)(4)(A)(ii).

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. If the fees are expected to be in excess of $25, please contact me before.